# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-22-00202-CV

**Big Lots Stores, Inc., Appellant**

**v.**

**Beth McLaughlin, Appellee**

### FROM THE 453RD DISTRICT COURT OF HAYS COUNTY
### NO. 20-2188, THE HONORABLE SHERRI TIBBE, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Big Lots Stores, Inc. has filed an unopposed motion to dismiss this appeal. We grant appellant's motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a).

_____

Thomas J. Baker, Justice

Before Justices Goodwin, Baker, and Kelly

Dismissed on Appellant's Motion

Filed: September 20, 2022